IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Artavis Pendleton AIS# 247017 )  RECEIVED            3:20-cv-01041-WHA-CSC
Full name and prison number )
of plaintiffs(s)            )  2020 DEC 16  A 10:34
                            )
v.                          )  DEBRA P. HACKETT, CLK    CIVIL ACTION NO. CR-15-1065
Ray Martin                  )  U.S. DISTRICT COURT
E. Paul Jones               )  MIDDLE DISTRICT   (To be supplied by Clerk of
Chad Jones                  )                     U.S. District Court)
Bill H~                     )
Tallapoosa County Court     )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the  )
persons.)                   )

I.  PREVIOUS LAWSUITS
    a. Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action? YES (X) NO ( )
    B. Have you begun other lawsuits in state or federal court
       relating to your imprisonment? YES (X) NO ( )
    C. If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

    1. Parties to this previous lawsuit:
       Plaintiff(s) Artavis Demetrius Pendleton

       Defendant(s) STATE OF ALABAMA, Ray Martin, Chad Jones, Bill H, and E. Paul Jones
    2. Court (if federal court, name the district; if
       state court, name the county) Court Of Criminal Appeals In The STATE OF ALABAMA

3. Docket number _____

4. Name of judge to whom case was assigned ~~scribbled~~
Hon. Judge Ray Martin

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) Yes, they say that ~~disposition~~ the judge was dispositions.

6. ~~Approximate date of filing lawsuit~~ _____

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Facility Prison Clayton, AL.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED IN THE CIRCUIT COURT OF Tallapoosa County Dadeville Division

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS
1. Ray Martin — Dadeville, AL. 36853
2. E. Paul Jones
3. Chad Jones
4. Bill Hugh
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 07/21/2011 – Present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 6th or 5th Due Process of the was Violated Also TORT damages was also filed On July 15, 2020. Case number: 3:20 cv 00488-ECM-SMD

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Also ~~[scribble]~~ the 8th Amendment which ~~[scribble]~~ protect against cruel and unusual punishment. (Read other complaints). ~~[scribble]~~ Then, I think a motion for A Change Venue.

GROUND TWO: Ineffective Assistance of Counseling/Attorney/Lawyer

SUPPORTING FACTS: There was alot of things he didn't know what he could object to ~~[scribble]~~ at the proper time. Also he kept arguing the same thing which is Double Jeopardy. Alot of question haven't been ~~[scribble]~~ brought up in the courtroom.

GROUND THREE: Double Jeopardy which is against The 5th or 6th ~~[scribble]~~ Constitutional ~~Amendment~~ Amendment

SUPPORTING FACTS: The supporting facts are: ~~[scribble]~~ Double Jeopardy has clauses that protects against Double Jeopardy in the Constitution. Which was put there to protect against that. Filed complaint on May 15, 2017 case number: 3:17-cv-00309-WKW-TFM. The Alabama Court Of Criminal Appeals Reviewed the case. While ~~[scribble]~~ reviewing ~~[scribble]~~ case number: ~~[scribble]~~ CC:12-000006. they identified ~~[scribble]~~ Double Jeopardy, insufficient evidence, improperly used evidence, and ~~[scribble]~~ didn't object to them (evidences). Back of the page Continued

Which all was submitted, or entered intentionally to somewhat construct or formulate a self-construction, or obstruction of law itself. I can say that it would be a miscarriage of justice.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASE OR STATUTES.

I would like for them ~~overturn~~ to overturn, dismissed, payment, ~~and~~ or A New Trial.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/01-05/2020.
(Date)

_____
Signature of plaintiff(s)

4

